MCGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FAUSTINO LEDESMA-VILLAGOMEZ, ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. MAG 06-347 EFB <br><br> STIPULATION AND ORDER TO CONTINUE <br> PRELIMINARY EXAMINATION |

   The United States, though its undersigned attorney, asks the court to reschedule the preliminary hearing in this case. The preliminary hearing is currently set for January 10, 2007, and the parties would like the Court to reschedule the hearing for January 18, 2007. The defense has no objection to the continuance and agrees that January 18, 2007, is an appropriate date. Fed. R. Crim. P. 5.1(d).

   The United States intends to indict the defendant, but will not be able to do so until January 11, 2007. Because the government will present this case to the grand jury for
///
///

1  indictment on January 11, 2007, rescheduling the hearing date
2  will avoid the time and expense of a full preliminary hearing.
3  As such, the parties agree that good cause is shown to continue
4  the hearing.  Fed. R. Crim. P. 5.1(d).

                                                    Respectfully Submitted,

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

DATE: January 4, 2007        By:  /s/ Michael Beckwith
                                                  MICHAEL M. BECKWITH
                                                  Assistant U.S. Attorney

DATE: January 4, 2007             /s/ Linda Harter
                                                  LINDA HARTER
                                                  Attorney for Defendant

**SO ORDERED.** January 5, 2007

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U.S. Magistrate Judge

ledesma.ord

2