DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                    **OK/HAV**

Attorney for Defendant
FAUSTINO LEDESMA-VILLAGOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-0007 DFL |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| FAUSTINO LEDESMA-VILLAGOMEZ, | ) |
| Defendant. | ) DATE: March 1, 2007 |
|  | ) TIME: 10:00 a.m. |
| _____ | ) JUDGE: David F. Levi |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference hearing date of February 15, 2007 be vacated, and a new Status Conference hearing date of March 1, 2007 at 10:00 a.m. be set.

The parties have had preliminary discussions regarding resolution of the case and more time is needed to explore and consider those settlement options.

It is further stipulated and agreed between the parties that the period beginning February 15, 2007 through and including March 1, 2007

should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 14, 2007                Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda Harter
                                        LINDA HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        FAUSTINO LEDESMA-VILLAGOMEZ

Dated: February 14, 2007

                                        MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Michael Beckwith
                                        MICHAEL BECKIWTH
                                        Assistant U.S. Attorney


**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 02/14/2007                       /s/ David F. Levi
                                        DAVID F. LEVI
                                        United States District Court